MEMO ENDORSED

# BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW

303 SOUTH BROADWAY

SUITE 234

TARRYTOWN, NEW YORK 10591

TELEPHONE (914) 478-4293

FACSIMILE (914) 478-4142

WWW.BRADYMCGUIRESTEINBERG.COM

Direct EMAIL james@bradymcguiresteinberg.com

MATTHEW G. McGUIRE
PARTNER

JAMES M. STEINBERG
PARTNER

JOSEPH H. GREEN
SENIOR COUNSEL

BEVERLY G. ROSELL
OFFICE MANAGER

ROBERT D. BRADY
RETIRED

PATRICK McHUGH
OF COUNSEL

PETER T. SHERIDAN
OF COUNSEL

CONNECTICUT OFFICE
595 SUMMER STREET
2nd FLOOR
STAMFORD, CT 06901
TELEPHONE (203) 403-2217

November 18, 2019

Via ECF Filing Only

The Honorable Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: The Annuity, Pension, Welfare, Training and Labor Management Cooperation Trust Funds of the I.U.O.E. Local 14-14B *et al.* v. Pinnacle Industries II, LLC
Civil Case No. 19-CIV-6698 (NSR)

Dear Judge Roman:

Our office represents Plaintiffs The Annuity, Pension, Welfare, Training and Labor Management Cooperation Trust Funds of the International Union of Operating Engineers Local 14-14B, AFL-CIO along with the International Union of Operating Engineers Local 14-14B, AFL-CIO in connection with the above-captioned matter. At this time, we are pleased to advise Your Honor that the parties have amicably resolved the dispute prior to Defendant filing its answer to the Complaint or responding to the Order to Show Cause returnable on November 26, 2019. Accordingly, Plaintiffs withdraw their application for a default judgment and respectfully request that the attached Notice of Voluntary Dismissal be so ordered and that the hearing scheduled for November 26, 2019 at 11:30 a.m. be adjourned *sine die*.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *James M. Steinberg*

James M. Steinberg, Esq.

Enc.
Cc: Mr. Joseph Mitrione
Ms. Marlene Monterroso

---

**Handwritten endorsement:**

Plaintiffs' Order to Show Cause for Default Judgment is deemed withdrawn and the Show Cause Hearing on Nov. 26, 2019 is adjourned sine die.

Dated: Nov. 19, 2019

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Clerk of the Court requested to terminate the motion (doc. 22).

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019